# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                              **PLAINTIFF**

**VS.**                                              **CRIMINAL ACTION NUMBER: 3:19CR-206-RGJ**

**CYNTHIA ALLEN**                                                                            **DEFENDANT**

## ORDER

The above-styled case was scheduled for a detention hearing via video conference on July 10, 2020. Rob Eggert and Larry Simon, appointed counsel were present on behalf of the defendant. Assistant United States Attorneys Robert B. Bonar and Lettricea Jefferson-Webb were present on behalf of the United States. Due to a clerical error, the defendant was not present for the hearing.

For the reasons stated on the record and by agreement of counsel,

**IT IS HEREBY ORDERED** that the detention hearing is **CONTINUED** to **July 21, 2020 at 1:00 p.m., in person,** before the Honorable Colin H. Lindsay, United States Magistrate Judge.

July 14, 2020

Colin H Lindsay, Magistrate Judge
United States District Court

Copies: U.S. Attorney
        U.S. Probation
        Counsel for Defendant