UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                         PLAINTIFF

vs.                                                        CRIMINAL ACTION NO. 3:19-CR-206-RGJ

BOBBY LEE SMITH                                                                  DEFENDANTS
CYNTHIA ALLEN

## UNITED STATES OF AMERICA'S
## NOTICE OF DIRECTIVE NOT TO SEEK THE DEATH PENALTY
*(Filed Electronically)*

Comes the United States of America, by counsel, and respectfully informs this court that, the Attorney General, Merrick Garland, has authorized and directed that the death penalty not be sought against defendants Bobby Smith and Cynthia Allen.

    Respectfully submitted,

    MICHAEL A. BENNETT
    UNITED STATES ATTORNEY

    */s/ Robert B. Bonar*

    Robert B. Bonar
    Joseph Ansari
    Assistant United States Attorney
    717 West Broadway
    Louisville, Kentucky 40202

## CERTIFICATE OF SERVICE

       I hereby certify that on January 4, 2024, I electronically filed the foregoing response with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to Defendant.

*/s/ Robert B. Bonar*
_____
Robert B. Bonar
Joseph Ansari
Assistant United States Attorney